UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | §   Case No. 3:23-cr-068-X |
| VS. | § |
| | § |
| | § |
| HAKEEM AZIZ WILEY (3) | § |

## ORDER

Defendant, Hakeem Aziz Wiley, has filed a Notice of Waiver of Arraignment Hearing and Entry of Plea of "Not Guilty." Said Notice and Waiver, in accordance with the findings set forth below, is, as of the 24th day of April **ACCEPTED AND GRANTED.**

In accordance with Rule 10(b) of the Federal Rules of Criminal Procedure, the court finds that the Defendant received a copy of the Indictment, that he understands the charges filed against him, and that he understands that he has a right to attend an arraignment hearing. The Court finds that he has requested that this Court accept his waiver of his presence at the hearing and enter a plea of "Not Guilty" on his behalf. The Court finds that the Defendant and his counsel have signed the waiver and hereby accepts Defendant's Notice of Waiver of Arraignment Hearing, and a Plea of "Not Guilty" will be entered on Defendant's behalf.

Signed the 24th day of April, 2023.

_____
Brantley Starr
UNITED STATES DISTRICT JUDGE

-1-